IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES BLUNT | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv49 |
| DOUG DRETKE | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

James Blunt, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred the matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the lawsuit. The magistrate judge recommends the lawsuit be dismissed without prejudice for want of prosecution.

The court has received and considered the Report and Recommendation, along with the records, pleadings and all available evidence. No objections were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered dismissing this petition.

So **ORDERED** and **SIGNED** this **20** day of **December, 2006.**

_____
Ron Clark, United States District Judge